**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-cv-22757-JB

HOWARD COHAN,

Plaintiff,

v.

KENDELL DONUTS LLC,

Defendant.

______________________________________/

**ORDER REQURING STIPULATION OF DISMISSAL AND**
**ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement. ECF No. [7]. Upon due consideration of the Joint Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.
2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.
3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 19th day of August, 2024.

______________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**